138

Chanel TARRANT, Plaintiff
Below–Appellant,

v.

Lawrence RAMUNNO, Defendant
Below–Appellee.

No. 119, 2017

Supreme Court of Delaware.

Submitted: July 28, 2017

Decided: August 29, 2017

Reargument Denied September 25, 2017

Court Below: Superior Court of the State of Delaware, C.A. No. N16A–06–007

AFFIRMED.

Quinton T. JONES, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 228, 2016

Supreme Court of Delaware.

Submitted: August 23, 2017

Decided: September 5, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1502002252 (S)

AFFIRMED.

James Arthur BIGGINS, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 478, 2016

Supreme Court of Delaware.

Submitted: June 19, 2017

Decided: September 1, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9609015504 (S)

AFFIRMED.

Darrel PAGE, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 258, 2017

Supreme Court of Delaware.

Submitted: August 4, 2017

Decided: September 6, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9911016961 (N)

AFFIRMED.